IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DENON ELECTRONICS (USA) LLC,<br><br>    Defendant. | C.A. No. 19-2262-RGA<br><br>PATENT CASE<br><br>**JURY TRIAL DEMANDED** |

### **DENNON'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Denon Electronics (USA) LLC. ("Denon") respectfully moves this Court to dismiss Plaintiff Symbology Innovations LLC's Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in Denon's Opening Brief in Support of its Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

Dated: February 3, 2020

Respectfully submitted,

**FISH & RICHARDSON P.C.**

By: */s/ Jeremy D. Anderson*
     Jeremy D. Anderson (#4515)
     222 Delaware Ave., 17th Floor
     P.O. Box 1114
     Wilmington, DE 19801
     (302) 652-5070 (Telephone)
     (302) 652-0607 (Facsimile)
     janderson@fr.com

     Neil J. McNabnay
     Ricardo J. Bonilla
     Theresa M. Dawson
     Rodeen Talebi
     1717 Main Street, Suite 5000
     Dallas, TX 75201
     (214) 747-5070 (Telephone)
     (214) 747-2091 (Facsimile)
     mcnabnay@fr.com;
     rbonilla@fr.com;
     tdawson@fr.com;
     talebi@fr.com

ATTORNEYS FOR DEFENDANT
DENON ELECTRONICS (USA), LLC.