# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC, ) | |
| ) | C.A. No. 1:19-cv-02262-RGA |
| Plaintiff, ) | |
| ) | |
| v. ) | **TRIAL BY JURY DEMANDED** |
| ) | |
| DENON ELECTRONICS (USA), LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Symbology Innovations, LLC and Defendant Denon Electronics (USA), LLC, by and through their undersigned counsel, and subject to the approval of this Court, hereby file this Joint Stipulation of Plaintiff's Dismissal of all its claims against Defendant WITH PREJUDICE, and Defendant's dismissal of all its counterclaims against Plaintiff WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees. In support thereof, the parties respectfully inform this Court that all matters in controversy between them have been settled.

Dated: February 18, 2020

OF COUNSEL:

Howard L. Wernow
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
howard.wernow@sswip.com

STAMOULIS & WEINBLATT LLC

*/s/Stamatios Stamoulis*
Stamatios Stamoulis
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Phone: (302) 999-1540
Email: stamoulis@swdelaw.com

**ATTORNEYS FOR PLAINTIFF**

FISH & RICHARDSON P.C.

*/s/ Jeremy D. Anderson*
Jeremy D. Anderson
222 Delaware Avenue – 17th Floor
Wilmington, Delaware 19801
Phone: (302) 652-5070
Fax: (302) 652-0607
janderson@fr.com

Neil J. McNabnay
Ricardo J. Bonilla
Theresa M. Dawson
Rodeen Talebi
1717 Main Street – Suite 5000
Dallas, Texas 19001
Phone: (214) 747-5070
Fax: (214) 747-2091
mcnabnay@fr.com
rbonilla@fr.com
tdawson@fr.com
rtalebi@fr.com

**ATTORNEYS FOR DEFENDANT**

SO ORDERED this ___19___ day of __February__, 2019

_____
Richard G. Andrews